```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-511 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE: |
| ) |   EXCLUDABLE TIME |
| ARSEN ABRAMYAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This case came before the court for a status conference on January 23, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian, who was standing in for Assistant U.S. Attorney S. Robert Tice-Raskin.  Defendant Arsen Abramyan appeared out of custody, and was represented by Attorney John Virga.

    Because he was still in the process of reviewing discovery, Mr. Virga requested that the status conference be continued to March 20, 2007.  Mr. Melikian did not object, noting that the discovery was contained in four banker's boxes.  Mr. Virga and the defendant both agreed to an exclusion of time from the Speedy Trial Act pursuant to local code T4.

///

1    ACCORDINGLY: This matter is set for a status conference on
2 March 20, 2007.  Pursuant to the agreement of both parties, for
3 the purpose of computing time under the Speedy Trial Act, 18
4 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time
5 from January 23, 2007 through March 20, 2007 is excluded pursuant
6 to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to
7 afford the defendant reasonable time to prepare his case.
8
9    IT IS SO ORDERED.
10
11 DATED: January 26, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT