McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2738

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-511 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE: |
| ) | EXCLUDABLE TIME |
| ARSEN ABRAMYAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This case came before the court for a status conference on March 20, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Laura L. Ferris, who was standing in for Assistant U.S. Attorney S. Robert Tice-Raskin.  Defendant Arsen Abramyan appeared out of custody, and was represented by Attorney John Virga.

Because he was still in the process of reviewing the voluminous discovery produced by the government, Mr. Virga requested that the status conference be continued to June 19, 2007.  Ms. Ferris did not object.  Mr. Virga and the defendant both agreed to an exclusion of time from the Speedy Trial Act pursuant to local code T4.

///

1

ACCORDINGLY: This matter is set for a status conference on June 19, 2007. Pursuant to the agreement of both parties, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time from March 20, 2007 through June 19, 2007 is excluded pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

IT IS SO ORDERED.

DATED: March 26, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT