McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
COURTNEY J. LINN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. S-06-511 LKK |
| | ) | |
| Plaintiff, | ) | ORDER RE: EXCLUDABLE TIME |
| | ) | |
| v. | ) | |
| | ) | |
| ARSEN ABRAMYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This case came before the court for a status conference on June 19, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Courtney J. Linn.  Defendant Arsen Abramyan appeared out of custody, and was represented by Attorney John Virga.
   Because he had just recently received additional discovery from the government, Mr. Virga requested that the status conference be continued to August 7, 2007.  Mr. Linn did not object.  Mr. Virga and the defendant both agreed to an exclusion of time from the Speedy Trial Act pursuant to Local Code T4.

1

1  ACCORDINGLY, this matter is set for a status conference on
2  August 7, 2007.  Pursuant to the agreement of both parties, for the
3  purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
4  3161, et seq., within which trial must commence, the time from June
5  19, 2007 through August 7, 2007 is excluded pursuant to local code
6  T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
7  reasonable time to prepare his case.
8       IT IS SO ORDERED.
9  DATED: August 6, 2007
10                                   _____
                                     LAWRENCE K. KARLTON
11                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT