McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
COURTNEY J. LINN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. S-06-511 LKK |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | RE:  EXCLUDABLE TIME |
| v. | ) | |
| | ) | |
| ARSEN ABRAMYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This case came before the court for a status conference on August 7, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Courtney J. Linn.  Defendant Arsen Abramyan appeared out of custody, and was represented by Attorney Megan Virga appearing on behalf of John Virga.

In order to exchange information and to evaluate the evidence in this case, the parties hereby request that the status conference be continued to September, 2007.  Defendant through counsel agreed to an exclusion of time from the Speedy Trial Act pursuant to Local

1

1  Code T4.
2      ACCORDINGLY, this matter is set for a status conference on
3  September 11, 2007.  Pursuant to the agreement of both parties, for
4  the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
5  § 3161, et seq., within which trial must commence, the time from
6  August 7, 2007 through September 11, 2007 is excluded pursuant to
7  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the
8  defendant reasonable time to prepare his case.
9      IT IS SO ORDERED.
10 DATED: August 8, 2007

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2