LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Defendant
ARSEN ABRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARSEN ABRAMYAN,<br><br>　　　　　Defendant. | No. Cr. S-06-511 LKK<br><br>NOTICE OF GENERAL APPEARANCE;<br>ORDER RE:<br>SCOTT L. TEDMON ON BEHALF<br>OF ARSEN ABRAMYAN |

　　　Scott L. Tedmon hereby notices his general appearance as retained counsel for defendant Arsen Abramyan. With this general appearance, Scott L. Tedmon joins attorney John E. Virga as co-counsel on behalf of defendant Arsen Abramyan.

DATED: September 4, 2007        I confirm this Notice of General Appearance.

　　　　　　　　　　　　　　　　　　 /s/ Scott L. Tedmon
　　　　　　　　　　　　　　　　　SCOTT L. TEDMON

DATED: September 4, 2007        I agree to this Notice of General Appearance.

　　　　　　　　　　　　　　　　　　 /s/ Arsen Abramyan
　　　　　　　　　　　　　　　　　ARSEN ABRAMYAN, Defendant

DATED: September 4, 2007        I consent to this Notice of General Appearance.

　　　　　　　　　　　　　　　　　　 /s/ John E. Virga
　　　　　　　　　　　　　　　　　JOHN E. VIRGA, Counsel for Defendant Abramyan

1   I approve this Notice of General Appearance and IT IS SO ORDERED.

2
    DATED: September 4, 2007
3

4   _____
    LAWRENCE K. KARLTON
5   SENIOR JUDGE
    UNITED STATES DISTRICT COURT
6

- 2 -