1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 227
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4  Email: tedmonlaw@comcast.net

5  Attorney for Defendant
   ARSEN ABRAMYAN
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       )
11                                  )
              Plaintiff,            )   No. Cr. S-06-511 LKK
12                                  )
                                    )   STIPULATION AND
13       v.                         )   ORDER CONTINUING STATUS
                                    )   CONFERENCE; EXCLUSION OF TIME
14                                  )
   ARSEN ABRAMYAN,                  )
15                                  )
              Defendant.            )
16 _____)

17      The United States of America, through Assistant U.S. Attorney Courtney J. Linn, and

18 defendant Arsen Abramyan, through his co-counsel Scott L. Tedmon and John E. Virga, hereby

19 stipulate that the status conference set for Tuesday, October 23, 2007 at 9:30 a.m. be continued to

20 Tuesday, December 4, 2007 at 9:30 a.m. before United States District Judge Lawrence K. Karlton.

21      Defendant's co-counsel, Scott L. Tedmon, has received and reviewed approximately 1500

22 pages of discovery that was previously provided by the government. It is necessary for defendant's

23 co-counsel, Scott L. Tedmon, to conduct necessary defense investigation, determine what pretrial

24 motions to file, if any, and continue to discuss a potential resolution of this case with the

25 government.

26      Based on the foregoing, all counsel stipulate it is appropriate to continue the current status

27 conference to Tuesday, December 4, 2007 at 9:30 a.m.  Ana Rivas has approved the December 4,

28 2007 status conference date.  No jury trial date has been set in this case.

- 1 -

1 **SPEEDY TRIAL ACT - EXCLUSION OF TIME**

2   The parties stipulate the Court should find that time be excluded through December 4, 2007
3 under the Speedy Trial Act based on the need of counsel to prepare pursuant to 18 U.S.C.
4 §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice
5 served by granting this continuance outweigh the best interests of the public and the defendant in
6 a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

7   Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
8 behalf.

9 **IT IS SO STIPULATED.**

10 DATED: October 18, 2007            McGREGOR W. SCOTT
                                     United States Attorney

12                                    /s/ Courtney J. Linn
                                     COURTNEY J. LINN
                                     Assistant U.S. Attorney

14 DATED: October 18, 2007            LAW OFFICES OF SCOTT L. TEDMON

15                                    /s/ Scott L. Tedmon
                                     SCOTT L. TEDMON
16                                   Attorney for Arsen Abramyan

18 DATED: October 18, 2007            LAW OFFICES OF JOHN E. VIRGA

19                                    /s/ John E. Virga
                                     JOHN E. VIRGA
                                     Attorney for Arsen Abramyan

1 **ORDER**

2   GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
3 ORDERED that the Status Conference now scheduled for Tuesday, October 23, 2007 at 9:30 a.m.,
4 is hereby continued to Tuesday, December 4, 2007 at 9:30 a.m., before the Honorable Lawrence K.
5 Karlton.

6   Based upon the above stipulation, the Court finds that time be excluded under the Speedy
7 Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4,
8 through the Status Conference date of December 4, 2007.   The Court finds that the interests of
9 justice served by granting this continuance outweigh the best interests of the public and the
10 defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

11 **IT IS SO ORDERED.**

12 DATED: October 19, 2007

14 _____
LAWRENCE K. KARLTON
SENIOR JUDGE
15 UNITED STATES DISTRICT COURT