LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Defendant
ARSEN ABRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.           ) <br> ) <br> ) <br> ARSEN ABRAMYAN,           ) <br> ) <br> Defendant.           ) <br> _____) | No. Cr. S-06-511 LKK <br><br> STIPULATION AND <br> ORDER CONTINUING STATUS <br> CONFERENCE; EXCLUSION OF TIME |

The United States of America, through Assistant U.S. Attorney Courtney J. Linn, and defendant Arsen Abramyan, through his co-counsel Scott L. Tedmon and John E. Virga, hereby stipulate that the status conference set for Tuesday, December 4, 2007 at 9:30 a.m. be continued to Wednesday, January 23, 2008 at 9:30 a.m. before United States District Judge Lawrence K. Karlton.

Counsel for the defendant and counsel for the government are currently involved in significant and ongoing negotiations regarding a potential resolution of this case. As a result of these negotiations, both the government and the defense need additional time to review selected portions of the discovery which are relevant to certain issues in the case. Additionally, the government needs to conduct further investigation that will likely produce new documents which both parties need to review.

Based on the foregoing, all counsel stipulate it is appropriate to continue the current status conference to Wednesday, January 23, 2008 at 9:30 a.m. Ana Rivas has approved the January 23,

1  2008 status conference date.  No jury trial date has been set in this case.

## **SPEEDY TRIAL ACT - EXCLUSION OF TIME**

The parties stipulate the Court should find that time be excluded through January 23, 2008 under the Speedy Trial Act based on the need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: November 28, 2007             McGREGOR W. SCOTT
                                     United States Attorney

                                      /s/ Courtney J. Linn
                                     COURTNEY J. LINN
                                     Assistant U.S. Attorney


DATED: November 28, 2007             LAW OFFICES OF SCOTT L. TEDMON

                                      /s/ Scott L. Tedmon
                                     SCOTT L. TEDMON
                                     Attorney for Arsen Abramyan


DATED: November 28, 2007             LAW OFFICES OF JOHN E. VIRGA

                                      /s/ John E. Virga
                                     JOHN E. VIRGA
                                     Attorney for Arsen Abramyan

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Tuesday, December 4, 2007 at 9:30 a.m., is hereby continued to Wednesday, January 23, 2008 at 9:30 a.m., before the Honorable Lawrence K. Karlton.

Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of January 23, 2008. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: November 29, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT