McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
COURTNEY J. LINN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. S-06-511 LKK |
| | ) | |
| Plaintiff, | ) | ORDER RE: EXCLUDABLE TIME |
| | ) | |
| v. | ) | |
| | ) | |
| ARSEN ABRAMYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This case came before the court for a status conference on January 23, 2008.  Plaintiff United States of America was represented by Assistant U.S. Attorney Courtney J. Linn.  Defendant Arsen Abramyan appeared out of custody, and was represented by Attorney Scott Tedmon.

   The parties are engaged in an exchange of information and are endeavoring to reach a possible plea agreement within the next few

1

weeks. Mr. Tedmon requested that the status conference be continued to February 12, 2008. Mr. Linn did not object. Mr. Tedmon and the defendant both agreed to an exclusion of time from the Speedy Trial Act pursuant to Local Code T4.

ACCORDINGLY, this matter is set for a further status conference on February 12, 2008, at 9:30 a.m. Pursuant to the agreement of both parties, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time from January 23, 2008 through February 12, 2008, is excluded pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

IT IS SO ORDERED.

DATED: January 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT