1 | **John E. Virga, Esq.  (State Bar # 39451)**
**JOHN E. VIRGA, Inc.**
2 | A Professional Corporation
721 Eleventh Street
3 | Sacramento, CA  95814
Telephone:  (916) 444-6595
4 | Facsimile:   (916) 444-3318

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Docket No.  2:06-CR-0511-01 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CHANGING SURRENDER DATE** |
| ARSEN ABRAMYAN, | |
| Defendant. | |

Good Cause Appearing Therefor:

IT IS HEREBY ORDERED that the date for Arsen Abramyan to surrender himself to the Atwater Penitentiary of July 1, 2008, at 2:00 p.m. is hereby changed to July 25, 2008, at 2:00 p.m.

Dated: June 30, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT