LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Defendant
ARSEN ABRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ARSEN ABRAMYAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. Cr. S-06-511 LKK <br><br> ORDER CHANGING <br> SURRENDER DATE |

Having reviewed the Ex Parte Application requesting the change of defendant Arsen Abramyan's surrender date and good cause appearing,

IT IS HEREBY ORDERED that the date for defendant Arsen Abramyan to surrender himself to the Atwater Federal Camp of Friday, July 25, 2008 at 2:00 p.m. is hereby changed to Friday, September 26, 2008 at 2:00 p.m.

DATED: July 23, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -