LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Defendant
ARSEN ABRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARSEN ABRAMYAN, ) <br> ) <br> Defendant. ) <br> ———————————————— ) | No. Cr. S-06-511 LKK <br><br> STIPULATION AND <br> ORDER FOR RETURN OF DEFENDANT <br> ARSEN ABRAMYAN'S PASSPORT |

     The United States of America, through United States Attorney Benjamin B. Wagner, and defendant Arsen Abramyan, through his co-counsel Scott L. Tedmon, hereby stipulate that defendant Arsen Abramyan's passport be returned to him. At the outset of the case and as a term of his pretrial release, Mr. Abramyan turned his passport over to the U.S. District Court Clerk, Eastern District of California for safekeeping during the pendency of the case. The current status of the case is that Mr. Abramyan has been sentenced, served his custodial time, and is currently on supervised release. As such, the parties agree and stipulate it is appropriate that the U.S. District Court Clerk for the Eastern District of California return Mr. Abramyan's passport to him.

**IT IS SO STIPULATED.**

DATED: November 9, 2009        BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Benjamin B. Wagner
                                       BENJAMIN B. WAGNER
                                       United States Attorney

1 | DATED: November 9, 2009              LAW OFFICES OF SCOTT L. TEDMON

2                                          /s/ Scott L. Tedmon
                                          SCOTT L. TEDMON
3                                         Attorney for Arsen Abramyan

8                                   **ORDER**

9   GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY

10  ORDERED that the U.S. District Court Clerk for the Eastern District of California return defendant

11  Arsen Abramyan's passport to him.

12  **IT IS SO ORDERED.**

13  DATED: November 12 , 2009

                                          _____
16                                        LAWRENCE K. KARLTON
17                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT